IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-11-0125 |
| v. | ) | |
| | ) | |
| $61,050.00 UNITED STATES | ) | |
| CURRENCY | ) | |

O R D E R

By February 28, 2011, the plaintiff shall file a status report, indicating when notice to potential claimants will be made, when publication will be completed, and the anticipated deadlines for filing claims. If any claims are filed, an initial case management conference will be scheduled at that time.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge