IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3-11-0125 |
| v. ) | |
| ) | |
| $61,050.00 UNITED STATES ) | |
| CURRENCY ) | |

O R D E R

By order entered April 5, 2011 (Docket Entry No. 11), the initial case management conference was scheduled on April 27, 2011, at 2:00 p.m. However, since entry of that order, the Court has had to schedule another proceeding the afternoon of April 27, 2011.

Therefore, the initial case management conference is RESCHEDULED to **Wednesday, April 27, 2011, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

If this rescheduled time presents a scheduling conflict for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 736-5164, to reschedule the initial case management conference.

In all other respects, the April 5, 2011, order remains in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge