IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | )<br>)<br>)<br>) No. 3-11-0125 |
| v. | ) |
| $61,050.00 UNITED STATES CURRENCY,<br>    Defendant | )<br>)<br>) |
| ESTATE OF JOSHUA LARS STRICKLAND; CHRISTINA HUNGERFORD, as surviving wife, heir and executrix of the Estate of Joshua Lars Strickland; JOSHUA LARS STRICKLAND, JR., as son and heir of Joshua Lars Strickland; and DAMARCUS STRICKLAND, as son and heir of Joshua Lars Strickland,<br>    Claimants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## O R D E R

The motion of the plaintiff and claimants to reset the case management conference (Docket Entry No. 16) is GRANTED.

The initial case management conference rescheduled by order entered April 21, 2011 (Docket Entry No. 15), on May 27, 2011, is CANCELLED.

The initial case management conference will be rescheduled if a motion to approve the minor settlement is not filed by June 24, 2011.

It is so ORDERED.

                                                            JULIET GRIFFIN
                                                            United States Magistrate Judge