# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO. 3:11-CV-00125 |
| v. | ) | |
| | ) | JUDGE TODD J. CAMPBELL |
| $61,050.00 UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ENTRY OF DEFAULT AS TO ALL PERSONS AND ENTITIES EXCEPT THE ESTATE OF JOSHUA LARS STRICKLAND, CHRISTINA HUNGERFORD, JOSHUA LARS STRICKLAND, JR. AND DAMARCUS STRICKLAND

It appearing that the Verified Complaint *In Rem* was filed in this case on February 14, 2011, that the Verified Complaint *In Rem*, and Summons and Warrant for Arrest *In Rem* were duly served upon the $61,050.00 United States currency ("Defendant Property") on February 17, 2011; that the Verified Complaint *In Rem* and Notice of Judicial Forfeiture Proceedings were duly served upon Christina A. Hungerford, Individually and as Personal Representative of the Estate of Joshua Lars Strickland at 486 Sylvis Road, Dickson, TN 37055-6042 on February 22, 2011; that a copy of the Verified Complaint *In Rem,* Affidavit and Notice of Judicial Forfeiture were also forwarded to Christina Hungerford's attorney, Olin J. Baker, Esq., of Baker Law Group, PLLC, 306 42nd Avenue North, Nashville, TN 37209 on February 22, 2011; that publication of the Notice of Judicial Forfeiture Proceedings was made online at www.forfeiture.gov, the official internet government forfeiture site, for 30 consecutive days beginning on February 22, 2011 and ending on March 23, 2011; and that no person or entity other than the Estate of Joshua Lars Strickland, Christina Hungerford, as surviving wife, heir and *executrix* of the Estate of Joshua Lars Strickland, Joshua

Lars Strickland, Jr., as son and heir of Joshua Lars Strickland and Damarcus Strickland, as son and heir of Joshua Lars Strickland, Individually and Collectively, has made a Verified Claim to the Defendant Property or otherwise appeared in this action;

THEREFORE, upon motion of the Plaintiff, default is hereby entered as to all persons and entities except the Estate of Joshua Lars Strickland, Christina Hungerford, as surviving wife, heir and *executrix* of the Estate of Joshua Lars Strickland, Joshua Lars Strickland, Jr., as son and heir of Joshua Lars Strickland and Damarcus Strickland, as son and heir of Joshua Lars Strickland, Individually and Collectively who may have an interest in Defendant Property, as provided in Rule 55(a), Federal Rules of Civil Procedure.

Entered this __13_ day of ____June_____, 2011.

KEITH THROCKMORTON, CLERK  
UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF TENNESSEE

s/ Keith Throckmorton_____  
Clerk