IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | )<br>)<br>) |
| v. | )   No. 3-11-0125<br>)<br>) |
| $61,050.00 UNITED STATES CURRENCY,<br>    Defendant | )<br>)<br>)<br>) |
| ESTATE OF JOSHUA LARS STRICKLAND; CHRISTINA HUNGERFORD, as surviving wife, heir and executrix of the Estate of Joshua Lars Strickland; JOSHUA LARS STRICKLAND, JR., as son and heir of Joshua Lars Strickland; and DAMARCUS STRICKLAND, as son and heir of Joshua Lars Strickland,<br>    Claimants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

By order entered May 25, 2011 (Docket Entry No. 17), the motion of the plaintiff and claimants to reset the case management conference (Docket Entry No. 16) was granted, and the initial case management conference, rescheduled by order entered April 21, 2011 (Docket Entry No. 15), was cancelled. The order further provided that, if a motion to approve the minor settlement was not filed by June 24, 2011, the initial case management conference would be rescheduled.

No motion for approval of the minor settlement has been filed.

Therefore, the initial case management conference is again RESCHEDULED to **Thursday, July 14, 2011, at 10:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

As provided in the order entered April 21, 2011 (Docket Entry No. 15), prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge