IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | )<br>)<br>) |
| | )   No. 3-11-0125 |
| v. | )<br>) |
| $61,050.00 UNITED STATES CURRENCY,<br>    Defendant | )<br>)<br>) |
| | ) |
| ESTATE OF JOSHUA LARS STRICKLAND; CHRISTINA HUNGERFORD, as surviving wife, heir and executrix of the Estate of Joshua Lars Strickland; JOSHUA LARS STRICKLAND, JR., as son and heir of Joshua Lars Strickland; and DAMARCUS STRICKLAND, as son and heir of Joshua Lars Strickland,<br>    Claimants[1] | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

On July 13, 2011, the parties filed a joint motion to approve settlement agreement and mutual release (Docket Entry No. 22).

As a result, the initial case management conference, rescheduled by order entered July 5, 2011 (Docket Entry No. 21), on July 14, 2011, is CANCELLED.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell, Chief Judge, for his consideration of the parties' joint motion to approve settlement agreement and mutual release.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

                                                                   JULIET GRIFFIN
                                                                   United States Magistrate Judge

---

[1] On June 13, 2011, the Clerk entered default against all persons and entities, except the named claimants, who may have an interest in the defendant property. See Docket Entry No. 20.