# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 3:11-CV-00125 |
| v. ) | |
| ) | JUDGE TODD J. CAMPBELL |
| $61,050.00 UNITED STATES CURRENCY, ) | Magistrate Judge Griffin |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ESTATE OF JOSHUA LARS STRICKLAND, ) | |
| JR., CHRISTINA HUNGERFORD, AS ) | |
| SURVIVING WIFE, HEIR AND ) | |
| EXECUTRIX OF THE ESTATE OF ) | |
| JOSHUA LARS STRICKLAND, JR. ) | |
| JOSHUA LARS STRICKLAND, JR., AS SON ) | |
| AND HEIR OF JOSHUA LARS STRICKLAND ) | |
| AND DAMARCUS STRICKLAND, AS SON ) | |
| AND HEIR OF JOSHUA LARS ) | |
| STRICKLAND, JR., individually and ) | |
| collectively, ) | |
| ) | |
| Claimants. ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSAL OF ACTION

Upon reading and filing of the Joint Motion to Approve Settlement Agreement and Dismissal and it appearing that all matters between these parties have been settled and compromised, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that the terms of the attached Settlement Agreement are hereby approved, including

    1.    The United States will return $7,500 of the Defendant Personal Property to Joshua Lars Strickland, Jr. in a Uniform Transfers to Minors Account

("UTMA") to be used for the benefit of Joshua Lars Strickland, Jr.'s education only. If the funds are not used for educational purposes of Joshua Lars Strickland, Jr. the funds will remain in trust until Joshua Lars Strikland, Jr. is twenty-five (25) years old, at which time it may be used for his benefit at his discretion.

    2.     The United States will return $7,500 of the Defendant Personal Property to Damarcus Strickland in a Uniform Transfers to Minors Account to be used for the benefit of Damarcus Strickland's education only. If the funds are not used for educational purposes of Damarcus Strickland, Jr. the funds will remain in trust until Damarcus Strickland, Jr. is twenty-five (25) years old, at which time it may be used for his benefit at his discretion.

IT IS FURTHER ORDERED AND ADJUDGED that the claims of Christina Hungerford as surviving wife, heir and executrix of the Estate of Joshua Lars Strickland, Joshua Lars Strickland, Jr. as son and heir of Joshua Lars Strickland and Damarcus Strickland as son and heir of Joshua Lars Strickland,(collectively "Claimants") are hereby withdrawn and any claim, right or interest they had in the Defendant Property is extinguished.

IT IS FURTHER ORDERED AND ADJUDGED that the parties shall adhere to the terms of the attached Settlement Agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this Court retains jurisdiction for enforcement, if necessary;

IT IS FURTHER ORDERED AND ADJUDGED that upon entry of this Order, this case is dismissed.with prejudice

                                                          *Todd Campbell*
                                                          UNITED STATES DISTRICT JUDGE